Fill in this information to identify the case:

Debtor name: **Von Directional Services, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**
Case number (if known): 18-33794

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B & A Rentals & Supply, Inc.<br>P O Box 526<br>Broussard, LA 70518 | Ph: (337) 837-2927<br>Fax: (337) 837-6044 | Trade Debt | | | | $443,814.90 |
| BICO Drilling Tools, INC<br>1604 Greens Road<br>Houston, TX 77032 | Stephanie B. Donaho<br>sdonaho@vanff.com<br>Ph: (713) 880-2992<br>payables@bicodrilling.com<br>Ph: (281) 590-6966 | Trade Debt | Disputed | | | $753,663.74 |
| DD Innovation LLC<br>2418 N Frazier St. Suite 102<br>Conroe, TX 77303 | Ph: (936) 828-1702<br>scurran@ddinnovation.net | Trade Debt | | | | $287,884.19 |
| Discovery Downhole Services, Inc<br>P O Box 4568<br>Casper, WY 82604 | Ph: (307) 232-1234<br>Fax: (307) 232-1238<br>monica@discoverydhs.com,<br>troy@discoverydhs.com,<br>blake@discoverydhs.com,<br>joel@discoverydhs.com | Trade Debt | | | | $431,874.53 |
| Drilling Tools International, INC.<br>PO Box 677901<br>Dallas, TX 75267-7901 | Ph: (432)563-0676 | Trade Debt | | | | $338,950.96 |
| Dynomax<br>2830 Farrell Rd.<br>Houston, TX 77073 | Ph: (832) 486-9575<br>toni@dynomaxusa.com | Trade Debt | | | | $1,608,656.26 |
| Gordon Technologies, LLC<br>206 Harold Gauthe Rd<br>Snott, LA 70583 | Ph: (337) 962-1006 | Trade Debt | | | | $464,368.70 |

{851320/00002/01238691.RTF 1 }   Official form 204 page 1   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Von Directional Services, LLC**  
Name

Case number *(if known)*   18-33794

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gyrodata, INC.**<br>PO Box 650823<br>Dept 41240<br>Dallas, TX 75265 | Ph: (281) 213-6850<br>AccountsPayable@Gyrodata.com | Trade Debt | | | | **$239,086.09** |
| **Hill Country Staffing Co., LLC**<br>501 S Austin Ave, Ste 1310<br>Georgetown, TX 78626 | Ph: 512.819.6150 - ext 202<br>Fax: (512) 819-6130<br>accountsreceivable@hillcountrystaffing.com | Trade Debt | | | | **$528,393.02** |
| **Hunting Energy Services (Drilling Tools)**<br>PO Box 206429<br>Dallas, TX 75320-6429 | Ph: (307) 265-6550<br>Fax: (307) 473-1485<br>daima.quick@hunting-intl.com | Trade Debt | | | | **$500,261.24** |
| **MWD Supply, LP**<br>1521 East Richey Rd<br>Houston, TX 77073 | Ph: (281) 664-0196 | Trade Debt | | | | **$272,449.65** |
| **National Oilwell Varco** | Ph: (432) 563-1173 | Trade Debt | | | | **$211,331.68** |
| **Panther Drilling Systems, LLC** | Ph: (405) 896-9302<br>Fax: (405) 896-9299<br>tsmith@panther-ds.com | Trade Debt | | | | **$246,833.65** |
| **Schlumberger Technology Corporation**<br>P O Box 732149<br>Dallas, TX 75373-2149 | | Trade Debt | | | | **$636,501.30** |
| **Smyser Kaplan & Veselka, LLP**<br>700 Louisiana Suite 2300<br>Houston, TX 77002 | Lee Kaplan<br>Ph: (713) 221-2320<br>lkaplan@skv.com | Professional Services | Disputed | | | **$249,757.82** |
| **Sniper Drilling Motors**<br>13300 Stonefield Dr<br>Houston, TX 77014 | Ph: (281) 209-1383<br>Fax: (281) 209-2817<br>kramen@iaeintl.com | Trade Debt | | | | **$372,540.81** |
| **Stabil Drill**<br>Dept. 2162<br>PO Box 122162<br>Dallas, TX 75312 | Ph: (337) 837-3001<br>ashley.trappey@stabildrill.com | Trade Debt | | | | **$270,750.60** |
| **Stag Consulting**<br>4490 Castlegate Dr<br>College Station, TX 77845 | Ph: (979) 690-7250<br>Fax: (979) 690-1041<br>afton3d@gmail.com | Trade Debt | Disputed | | | **$245,023.19** |

{851320/00002/01238691.RTF 1 }   Official form 204 page 2   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

Debtor **Von Directional Services, LLC**　　　Case number *(if known)*　18-33794
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tercel Oilfield Products USA**  P O Box 733460  Dallas, TX 75373-3460 | Ph: (713) 856-9430  accountsreceivable@rubicon-oilfield.com | Trade Debt | | | | $669,579.20 |
| **Upstream Directional Consultants**  15140 Southwest Freeway  Suite C  Sugar Land, TX 77478 | Ph: (281) 265-0033  jeanettej@upstinpl.com | Trade Debt | | | | $132,000.27 |
| **Vertex Downhole Inc**  20221 Carriage Point Drive  Houston, TX 77073 | Ph: (281) 219-8100  Fax: (281) 863-9559  detter@vertexdownhole.com | Trade Debt | | | | $1,114,199.84 |

{851320/00002/01238691.RTF 1 }　　Official form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims
page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy