**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NO.** |
| § | | |
| **VON DIRECTIONAL SERVICES, LLC** § | | **18-33794 (DRJ)** |
| § | | **(Chapter 11)** |
| § | | **Jointly Administered** |
| **DEBTORS** § | | |

**NOTICE OF APPOINTMENT OF**
<u>**COMMITTEE OF UNSECURED CREDITORS**</u>

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

     COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| **Members** | **Counsel for Member** |
|---|---|
| 1. Schlumberger Technology Corporation<br>Attn:  Donald E. Burell and/or Matt Richard<br>1325 S. Dairy Ashford<br>Houston, TX  77077<br>Tel. 281-285-1963<br>Fax 281-285-1937<br>E-Mail:  dburell@slb.com<br>            mrichard@slb.com | Snow Spence Green LLP<br>Holly C. Hamm, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4800<br>Fax 713-335-4848<br>E-Mail: hollyhamm@snowspencelaw.com |
| 2. IAE International, Inc. dba Sniper Drilling<br>Attn:  Roxanne Howe<br>13300 Stonefield Drive<br>Houston, TX  77014<br>Tel. 281-209-1383<br>Fax 281-209-2817<br>E-Mail: roxanne@iaeintl.com | |
| 3. Hill Country Staffing<br>Attn:  Deanna Miller<br>501 S. Austin Ave., Suite 1310<br>Georgetown, TX  78626<br>Tel. 512-819-6150 ext. 206<br>Fax 512-819-6140<br>E-Mail: deanna.miller@hillcountrystaffing.com | |
| 4. Discovery Downhole Services, Inc.<br>Attn:  Rich Garber<br>1960 North Loop Ave.<br>P.O. Box 4568<br>Casper, WY  82604-0568<br>Tel. 307-232-1234<br>Fax 307-232-1238<br>E-Mail:  rich@discoverydhs.com | Bob Despain, Esq.<br>123 West 1st St., Suite 620<br>Casper, WY  82601<br>Tel. 307-266-2949<br>Fax 307-266-3108<br>E-Mail: despainlaw@aol.com |

| | |
|---|---|
| 5. Vertex Downhole Inc.<br>   Attn: Vic Fitch<br>   20221 Carriage Point Drive<br>   Houston, TX  77073<br>   Tel. 403-968-9460<br>   E-Mail: .vfitch@vertexdownhole.com | |
| 6. Hunting Energy Services Inc.<br>   Attn: Vincent Mackensturm<br>   1555 View Drive<br>   Casper, WY  82601<br>   Tel. 307-265-6550<br>   E-Mail:<br>   vincent.mackensturm@hunting-intl.com | |
| 7. DD Innovation LLC<br>   Attn: Timothy F. Curran<br>   2418 N. Frazier, Suite 102<br>   Conroe, TX  77303<br>   Tel. 936-828-1702<br>   E-Mail: tcurran@ddinnovation.net | |

Dated: July 18, 2018                         Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:     /s/ Hector Duran
        Hector Duran
        Trial Attorney
        Texas Bar No. 00783996
        515 Rusk, Suite 3516
        Houston, TX 77002
        Telephone:  (713) 718-4650 x 241
        Fax:  (713) 718-4670

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this <u>18th</u> day of July, 2018.

                                        <u>/s/ Hector Duran</u>
                                        Hector Duran, Trial Attorney