IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VON DIRECTIONAL SERVICES, | § | CASE NO. 18-33794-H2-11 |
| LLC | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the Committee of Unsecured Creditors for Von Directional Services, LLC (the "Committee"), party in interest in this Chapter 11 case, pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

Patrick L. Hughes
Kourtney P. Lyda
Arsalan Muhammad
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone No.: (713) 547-2000
Facsimile No.: (713) 547-2600
Email: patrick.hughes@haynesboone.com
Email: kourtney.lyda@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes orders and notices of any application, motion, petition,

4853-2116-6702 v.1

pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: (1) affects or seeks to affect in any way the rights or interests of the Committee or any other party-in-interest in this case, including (a) property of the above-captioned debtor and debtor in possession (the "Debtor"), or proceeds thereof, (b) claims against, or interests in, the Debtor, (c) other rights or interests of creditors in the Debtor or other parties-in-interest in this case or (d) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Committee or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 25, 2018                                                **HAYNES AND BOONE, LLP**

By: */s/ Patrick L. Hughes*
Patrick L. Hughes
Texas State Bar No. 10227300
Kourtney P. Lyda
Texas State Bar No. 24013330
Arsalan Muhammad
Texas State Bar No. 24074771
1221 McKinney, Suite 2100
Houston, TX  77010
Telephone: (713) 547-2000
Email: patrick.hughes@haynesboone.com
Email: kourtney.lyda@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

**ATTORNEYS FOR THE COMMITTEE OF UNSECURED CREDITORS FOR VON DIRECTIONAL SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018 a true and correct copy of the foregoing pleading was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Patrick L. Hughes*
Patrick L. Hughes