IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **VON DIRECTIONAL SERVICES,** | § | CASE NO. 18-33794-H2-11 |
| **LLC,** | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## GLOBAL NOTES, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Von Directional Services, LLC (the "Debtor" or "VDS") with the assistance of its consultants, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

While the Debtor has made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information which was available at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in these Schedules and Statements, and inadvertent errors or omissions may exist.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

Nothing contained in the Schedules and Statements shall constitute a waiver of rights or judicial admission with respect to the Debtor's chapter 11 case including, but not limited to, any issues involving pending litigation by or against the Debtor, or any employees, officers,

directors, agents, affiliates or insiders of the Debtor, objections to claims, equitable subordination, defenses, characterization or recharacterization of contracts, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtor and its officers, employees, agents, attorneys, and consultants do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and consultants expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtor, on behalf of itself, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

In reviewing and signing the Schedules and Statements, the Debtor's representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verify the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

The Global Notes are in addition to any specific notes contained in the Schedules or Statements. The Schedules and Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.

A. **Description of the Case and "As Of" Information Date(s).** On July 9, 2018, (the "Petition Date"), the Debtor filed its voluntary petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code, under case number 18-33794.

B. **Undetermined or Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

**C.      Recharacterization.** The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. The Debtor's characterization shall not waive any right for the Debtor to recharacterize, reclassify, recategorize, or re- designate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

**D.      Categories or Labels for Purpose of Presentation in Schedules and Statements**. Information requested by the Schedules and Statements requires the Debtor to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtor's decisions regarding the category or label to use is based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed. The Debtor reserves the right to modify, change or delete any information in the Schedules and Statements by amendment, including to the extent some information currently presented should be moved to a different category or labeled in a different way.

**E.      Causes of Action.** Except as otherwise set forth in these Global Notes and the Schedules, the Debtor has not set forth certain causes of action against third parties, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**F.      Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general.

G.      **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtor defines "insiders" and "affiliates" to include entities which may dispute whether they are insiders and/or affiliates. Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

1.      **Statements of Assets and Liabilities.**

(a)      **Schedule B** -*Personal Property.*

Certain personal property of the Debtor could arguably be listed in response to more than one Schedule B question. In such cases, the Debtor has endeavored to list such property once in the most appropriate category.

(b)      **Schedule D** - *Creditors Holding Secured Claims.*

The Debtor has listed M&M liens that have been filed or noticed to be filed against its customers for labor and materials provided by vendors of Debtor.  The listing of a claim in Schedule D does not constitute an admission by the Debtor that such claim is entitled to secured treatment under the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim.  The Debtor reserves the right to dispute the nature, validity and amount of each of these claims and listing of the same in Schedule D shall not be deemed a waiver of any objections of causes of action.

(c)      **Schedule E** - *Creditors Holding Unsecured Priority Claims.*

The listing of a claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim. All claim amounts listed on Schedule E are based upon information as of July 9, 2018.

(d)      **Schedule F** - *Creditors Holding Unsecured Nonpriority Claims.*

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, the determination of each date upon which each claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule F.

Schedule F permits the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on Schedule F as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on

Schedule F as to amount, liability or status.

(e)        **Schedule G** - *Executory Contract and Unexpired Leases.*

While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. In some instances, contracts were in the name of over entities although the Debtor used the services and paid for such services exclusively. There is a dispute as to whether the Debtor has any rights under such contracts or is obligated under such contracts.

(f)        **Schedule H** - *Codebtors.*

In the event of any co-obligors with respect to a scheduled debt or guaranty of any Debtor, such co-obligator is listed on Schedule H of such Debtor, with a cross-reference to any other relevant Schedule of such Debtor listing such debt or guaranty.

**2.        Statement of Financial Affairs.**

*Various Statements.* Certain questions in the Statements request the Debtor to provide information for a certain time period prior to the Petition Date. Unless otherwise noted herein or elsewhere in the Statements, information provided by the Debtor is through July 9, 2018.

(a)        **Statement *3 - Payments to Creditors***. The Debtor has been able to *compile* information relating to payments in the 90-day and one-year period prior to the Petition Date. The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time.

(b)        **Statement 4, 13, 30 – *Payments/Transfers/Distributions***. The Debtor has been able to *compile* information relating to payments within one year (Statements 4 and 30) and two year period (Statement 13) prior to the Petition Date. The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time. Debtor attempted to be overinclusive and included, out of an abundance of caution, entities which Jim Elzner does not have any direct ownership interest.

     *(c)*     ***Statement 7 – Legal Actions or Assignments***. The Debtor has listed all known lawsuits that have been filed.  Debtor reserves the right to supplement should any other litigation be pending but has not been learned through Debtor's efforts to research any existing litigation.

**THE DEBTOR RESERVES THE RIGHT TO AMEND THE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. THE DEBTOR DOES NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

**Fill in this information to identify the case:**

Debtor name **Von Directional Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-33794-H2-11**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................   $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................   $ **13,688,024.87**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................   $ **13,688,024.87**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ **5,694,715.37**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ **539,059.11**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$ **15,249,361.65**

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b                                                                           $ **21,483,136.13**

**Fill in this information to identify the case:**

Debtor name __Von Directional Services, LLC__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   __18-33794-H2-11__

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)              Type of account              Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Prosperity Bank** | **Checking** | 6989 | $1,144,575.13 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,144,575.13

**Part 2:      Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   Security deposit held by Landlord, P&S Properties, LLC for leased premises located at 12074 FM 3083, Conroe, TX  77301.

$9,000.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$9,000.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Von Directional Services, LLC**                Case number *(If known)*   **18-33794-H2-11**
         Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **3,929,421.66** | − | **0.00** | = .... | **$3,929,421.66** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **469,975.48** | − | **303,248.25** | =.... | **$166,727.23** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$4,096,148.89** |
|---|

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment - See Asset Depreciation Schedule attached as Exhibit B-41** | **$5,406.58** | | **$5,406.58** |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

OFFICE EQUIPMENT
EXHIBIT B-41

1700000 - Furniture & Fixtures
1799000 - Accumulated Depreciation
Account Reconciliation

6/30/2018 Current Month Date

| Asset | Qty | Cost per Unit | Date Acquired MM/DD/YYYY | Beginning Cost Basis | Ending Cost Basis | Months To Depreciate | Months Left To Depreciate | Date Fully Depreciated DD/MM/YYYY | Monthly Depreciation | Accumulated Depreciation | Adjusted Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LG Monitor | 1 | 179.99 | 10/2/2015 | $ 179.99 | $ 179.99 | 60 | 27 | 9/30/2020 | $ 3.00 | $ 98.82 | $ 81.17 |
| LG Monitor | 1 | 179.99 | 10/2/2015 | $ 179.99 | $ 179.99 | 60 | 27 | 9/30/2020 | $ 3.00 | $ 98.82 | $ 81.17 |
| | 1 | 263.58 | 10/2/2015 | $ 263.58 | $ 263.58 | 60 | 27 | 9/30/2020 | $ 4.39 | $ 144.72 | $ 118.86 |
| HP Envy Printer | 1 | 1,329.96 | 10/2/2015 | $ 1,329.96 | $ 1,329.96 | 60 | 27 | 9/30/2020 | $ 22.17 | $ 730.20 | $ 599.76 |
| HP Envy Printer | 1 | 29.99 | 10/2/2015 | $ 29.99 | $ 29.99 | 60 | 27 | 9/30/2020 | $ 0.50 | $ 16.47 | $ 13.52 |
| Laptop | 1 | 29.99 | 10/2/2015 | $ 29.99 | $ 29.99 | 60 | 27 | 9/30/2020 | $ 0.50 | $ 16.47 | $ 13.52 |
| JHS Microsoft 5/09 | 1 | 1,149.99 | 10/2/2015 | $ 1,149.99 | $ 1,149.99 | 60 | 27 | 9/30/2020 | $ 19.17 | $ 631.39 | $ 518.60 |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 9.68 | 05/31/2016 | $ 9.68 | $ 9.68 | 60 | 34 | 4/30/2021 | $ 0.16 | $ 9.68 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 584.74 | 05/31/2016 | $ 584.74 | $ 584.74 | 60 | 34 | 4/30/2021 | $ 9.75 | $ 584.74 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 10.99 | 05/31/2016 | $ 10.99 | $ 10.99 | 60 | 34 | 4/30/2021 | $ 0.18 | $ 10.99 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 15.29 | 05/31/2016 | $ 15.29 | $ 15.29 | 60 | 34 | 4/30/2021 | $ 0.25 | $ 15.29 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 13.74 | 05/31/2016 | $ 13.74 | $ 13.74 | 60 | 34 | 4/30/2021 | $ 0.23 | $ 13.74 | - |
| JHS Microsoft 5/09 | 1 | 74.61 | 05/31/2016 | $ 74.61 | $ 74.61 | 60 | 34 | 4/30/2021 | $ 1.24 | $ 74.61 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 357.21 | 05/31/2016 | $ 357.21 | $ 357.21 | 60 | 34 | 4/30/2021 | $ 5.95 | $ 357.21 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 1,760.97 | 05/31/2016 | $ 1,760.97 | $ 1,760.97 | 60 | 34 | 4/30/2021 | $ 29.35 | $ 1,760.97 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 213.64 | 05/31/2016 | $ 213.64 | $ 213.64 | 60 | 34 | 4/30/2021 | $ 3.56 | $ 213.64 | - |
| TV Amazon Mktplace 5/03computers for new employees | 1 | 885.81 | 05/31/2016 | $ 885.81 | $ 885.81 | 60 | 34 | 4/30/2021 | $ 14.76 | $ 885.81 | - |
| TV Amazon 6/04 | 1 | 60.40 | 06/30/2016 | $ 60.40 | $ 60.40 | 60 | 35 | 5/31/2021 | $ 1.01 | $ 60.40 | - |
| TV Microsoft 7/12 | 1 | 32.24 | 07/31/2016 | $ 32.24 | $ 32.24 | 60 | 36 | 6/30/2021 | $ 0.54 | $ 32.24 | - |
| TV Amazon 7/12 | 1 | 33.06 | 07/31/2016 | $ 33.06 | $ 33.06 | 60 | 36 | 6/30/2021 | $ 0.55 | $ 33.06 | - |
| TV discount compdep 7/22 | 1 | 1,060.85 | 07/31/2016 | $ 1,060.85 | $ 1,060.85 | 60 | 36 | 6/30/2021 | $ 17.68 | $ 1,060.85 | - |
| TV Amazon 777 | 1 | 47.00 | 07/31/2016 | $ 47.00 | $ 47.00 | 60 | 36 | 6/30/2021 | $ 0.78 | $ 47.00 | - |
| TV Amazon 7/12 | 1 | 4.71 | 07/31/2016 | $ 4.71 | $ 4.71 | 60 | 36 | 6/30/2021 | $ 0.08 | $ 4.71 | - |
| PG Office depot Midland TX 7/19 | 1 | 372.93 | 07/31/2016 | $ 372.93 | $ 372.93 | 60 | 36 | 6/30/2021 | $ 6.22 | $ 372.93 | - |
| Printer servicing | 1 | 113.66 | 08/16/2016 | $ 113.66 | $ 113.66 | 60 | 38 | 8/31/2021 | $ 1.89 | $ 113.66 | - |
| Microsoft Surface Book Laptop - J. Harding | 1 | 3,138.17 | 11/17/2017 | $ 3,138.17 | $ 3,138.17 | 60 | 52 | 10/31/2022 | $ 52.30 | $ 414.41 | $ 2,723.76 |
| B CASTER - LAPTOP | 1 | 1,291.87 | 01/31/2018 | $ 1,291.87 | $ 1,291.87 | 60 | 54 | 12/31/2022 | $ 21.53 | $ 127.42 | $ 1,164.45 |
| | | | | $ 13,245.06 | $ 13,245.06 | | | | | | |
| | | | | $ 13,245.06 | $ - | | | | | | |
| | | | | | | | | Total | $ 7,930.24 | $ 5,314.82 | |

*NEW ASSETS TO BE ADDED*

Debtor   **Von Directional Services, LLC**
_____
Name

Case number *(if known)*   **18-33794-H2-11**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $5,406.58 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2017 Chevy | $47,946.04 | | $47,946.04 |
| 47.2.   2018 Chevy | $59,637.36 | | $59,637.36 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Sheet metal racks**<br>**Shop Porta Cool**<br>**Shop Racks**<br>**Welding Machine** | $3,899.19 | | $3,899.19 |
| **Machinery & Equipment located in Odessa,<br>Texas:**<br>**Pipe Rack**<br>**15,000 Pipe Screens**<br>**Pipe screen roll pins**<br>**50 NY LTD (pressure level and temp sensing<br>tool)** | $7,411.68 | | $7,411.68 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $118,894.27 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Von Directional Services, LLC**                          Case number *(if known)*  **18-33794-H2-11**
_____
Name

■ **Yes**

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ **No**
   ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Net Operating Loss carryforward 2017 (estimate)**   Tax year **8,300,000** | **$8,300,000.00** |
| 73. | **Interests in insurance policies or annuities**<br>**Frost Insurance:**<br>**General Liability Policy No.  xxxxx7181**<br>**Automobile Liability Policy No. xxxx8519**<br>**Umbrella Policy No. xxxx9181**<br>**Workers Comp Policy No. xxxx8320** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Debtor reserves and will continue to investigate potential avoidance or recovery of all pre-petition transfers under applicable law.**<br>Nature of claim<br>Amount requested                          **$0.00** | **Unknown** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                         page 4

Debtor   **Von Directional Services, LLC**
Name

Case number *(If known)*  **18-33794-H2-11**

**Von Directional Services LLC v. Kinder Morgan CO2
Company LP, Case No. 2018-CV-30036; District Court,
Montezuma County, Colorado**

**Unknown**

| | |
|---|---|
| Nature of claim | M&M Lien |
| Amount requested | $0.00 |

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**Accutest intercompany receivable**                                                   $14,000.00

78.   **Total of Part 11.**                                                    $8,314,000.00
Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   __Von Directional Services, LLC_____   Case number *(If known)*  __18-33794-H2-11__
        <sub>Name</sub>

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,144,575.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,096,148.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,406.58 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $118,894.27 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,314,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,688,024.87 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,688,024.87 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Von Directional Services, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __18-33794-H2-11__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Cobra Downhole Motors, Inc.**<br>Creditor's Name<br><br>**6816 Bourgeois Rd**<br>**Houston, TX 77066**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Lien is filed against the well owner/operator**<br>**Unsecured amount is estimated at $45,230.79** | $56,203.89 | $0.00 |

Describe the lien
**M&M Lien - Sioux 36 State Well #5H, Lea County, NM**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **CT Corporation System,**<br>Creditor's Name<br><br>**as Representative**<br>**330 N Brand Blvd Suite 700**<br>**Attn  SPRS**<br>**Glendale, CA 91203**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 7

Debtor **Von Directional Services, LLC**
Name

Case number (if know) **18-33794-H2-11**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed |

---

| 2.3 | **Gyrodata, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

**PO Box 650823**
**Dept 41240**
**Dallas, TX 75265**
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $243,528.81 | $0.00 |
|---|---|---|
| **Lien is filed against the well owner/operator Disputed as to Invoices #171299, 171311, 171300** | | |

Describe the lien
**M&M Liens**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |

---

| 2.4 | **IAE International, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

**dba Sniper Drilling Motors**
**13300 Stonefield Dr**
**Houston, TX 77014**
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $372,540.81 | $0.00 |
|---|---|---|
| **Lien is filed against the well owner/operator Disputed as to invoices #171312, 171313, and 171314** | | |

Describe the lien
**M&M Lien Eagleclaw Federal Well #2H, Lea County, NM**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |

---

| 2.5 | **Jim D. Elzner** | | |
|---|---|---|---|
| | Creditor's Name | | |

| Describe debtor's property that is subject to a lien | $1,712,562.04 | $0.00 |
|---|---|---|
| **All present and future assets of Debtor. Pursuant to Promissory Note and related loan docs and UCC-1UCC Filing No. 17-0036275516** | | |

**895 Rosastone Trl**
**Houston, TX 77024**
Creditor's mailing address

Describe the lien

---

Debtor **Von Directional Services, LLC**                  Case number (if known) **18-33794-H2-11**
_____
Name

**UCC Lien - Line of Credit**
_____
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2/23/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**           As of the petition filing date, the claim is:
■ No                                            Check all that apply
☐ Yes. Specify each creditor,                   ☐ Contingent
including this creditor and its relative        ☐ Unliquidated
priority.                                       ☐ Disputed

---

| 2.6 | **LSQ Funding Group LC** | Describe debtor's property that is subject to a lien | $1,961,639.65 | $3,929,421.66 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn William Samuelson**
**2600 Lucien Way, Suite 100**
**Maitland, FL 32751**
Creditor's mailing address

**90 days or less: Accounts Receivable**
**FN1: The A/R total includes receivables**
**factored with LSQ.**

**Describe the lien**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**           As of the petition filing date, the claim is:
■ No                                            Check all that apply
☐ Yes. Specify each creditor,                   ☐ Contingent
including this creditor and its relative        ☐ Unliquidated
priority.                                       ☐ Disputed

---

| 2.7 | **Renegade Oil Tools, LLC** | Describe debtor's property that is subject to a lien | $71,027.14 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**P O Box 900**
**Youngsville, LA 70592**
Creditor's mailing address

**Lien is filed against the well owner/operator**

**Describe the lien**
**M&M Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**           As of the petition filing date, the claim is:
■ No                                            Check all that apply
☐ Yes. Specify each creditor,                   ☐ Contingent
including this creditor and its relative        ☐ Unliquidated
priority.                                       ☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                  page 3 of 7

Debtor  __Von Directional Services, LLC__    Case number (if known)  __18-33794-H2-11__
Name

| 2.8 | Schlumberger Technology Corporation | Describe debtor's property that is subject to a lien | $657,968.44 | $0.00 |

**Schlumberger Technology Corporation**
Creditor's Name

P O Box 732149
Dallas, TX 75373-2149
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lien is filed against the well owner/operator Estimated unsecured amount is $97,150.45**

**Describe the lien**
**M&M Lien University Founders A25 #1 Well, Hudspeth County, TX**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Stag Consulting | Describe debtor's property that is subject to a lien | $245,023.19 | $0.00 |

**Stag Consulting**
Creditor's Name

4490 Castlegate Dr
College Station, TX 77845
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lien is filed against the well owner/operator**

**Describe the lien**
**M&M Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
6/18/2018
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Upstream Directional Consultants | Describe debtor's property that is subject to a lien | $132,000.27 | $0.00 |

**Upstream Directional Consultants**
Creditor's Name

Upstream International LLC
15140 Southwest Freeway, Suite C
Sugar Land, TX 77478
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lien is filed against the well owner/operator Total amount of M&M liens is unknown**

**Describe the lien**
**M&M LIEN**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Von Directional Services, LLC**
Name

Case number (if know) **18-33794-H2-11**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**

**Well Drill Downhole LLC**
Creditor's Name

**4490 Castlegate Dr**
**College Station, TX 77845**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Lien is filed against the well owner/operator**

Describe the lien
**M&M liens multiple wells**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $142,263.00 | $0.00 |
|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**

**Wells Fargo Dealer Services**
Creditor's Name

**P O Box 25341**
**Santa Ana, CA 92799-5341**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2017 Chevy**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $42,159.84 | $47,946.04 |
|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**

**Wells Fargo Dealer Services**

Describe debtor's property that is subject to a lien

| $57,798.29 | $59,637.36 |
|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 7

Debtor   **Von Directional Services, LLC**
_____
Name

Case number (if known)   **18-33794-H2-11**

Creditor's Name

**2018 Chevy**

**P O Box 25341**
**Santa Ana, CA 92799-5341**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

�True No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $5,694,715.37 |
|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Caza Operating LLC**<br>**200 North Loraine Street**<br>**Midland, TX 79701** | Line _2.1_ | |
| **Caza Operating LLC**<br>**200 North Loraine Street**<br>**Midland, TX 79701** | Line _2.4_ | |
| **Caza Operating LLC**<br>**200 North Loraine Street**<br>**Midland, TX 79701** | Line _2.11_ | |
| **Caza Petroleum LLC**<br>**200 North Loraine Street**<br>**Midland, TX 79701** | Line _2.1_ | |
| **Caza Petroleum LLC**<br>**200 North Loraine Street**<br>**Midland, TX 79701** | Line _2.4_ | |
| **Dore Law Group PC**<br>**Attn Lisa Aquino**<br>**17171 Park Row, Suite 160**<br>**Houston, TX 77084** | Line _2.1_ | |
| **Dore Law Group PC**<br>**Attn Lisa Aquino**<br>**17171 Park Row, Suite 160**<br>**Houston, TX 77084** | Line _2.4_ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Von Directional Services, LLC | Case number (if know) | 18-33794-H2-11 |
| --- | --- | --- | --- |
| | Name | | |

| | | |
| --- | --- | --- |
| **Founders Oil & Gas LLC**<br>**Attn David V Auld CEO & President**<br>**1341 Horton Circle**<br>**Arlington, TX 76011** | Line __2.8__ | |
| **Founders Oil & Gas Operating LLC**<br>**Attn David V Auld CEO & President**<br>**1341 Horton Circle**<br>**Arlington, TX 76011** | Line __2.8__ | |
| **Hudspeth Oil Corporation**<br>**Attn John Brda CEO & Director**<br>**5700 West Plano Pkwy Suite 3600**<br>**Plano, TX 75093** | Line __2.8__ | |
| **Lillard Wise Szygenda PLLC**<br>**Attn Andrew J Szygenda**<br>**13760 Noel Road, Suite 1150**<br>**Dallas, TX 75240** | Line __2.11__ | |
| **Pandora Energy LP**<br>**Attn R Kenneth Dulin Registered Agent**<br>**8449 Greenwood Drive**<br>**Longmont, CO 80503** | Line __2.8__ | |
| **Renegade Tools LLC**<br>**c/o Sanders Law Firm**<br>**2 Greenway Plaza Suite 225**<br>**Houston, TX 77046** | Line __2.7__ | |
| **Stag Consulting LLC**<br>**c/o Lillard Wise Szygenda PLLC**<br>**Attn Andrew J Szygenda**<br>**13760 Noel Rd., Suite 1150**<br>**Dallas, TX 75240** | Line __2.9__ | |
| **Upstream**<br>**c/o Clark Hill**<br>**901 Main Street Suite 6000**<br>**Dallas, TX 75202** | Line __2.10__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Von Directional Services, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**18-33794-H2-11**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Bryson Varner**
**3200 SW 3rd St**
**Blanchard, OK 73010**

Total claim: **Unknown**    Priority amount: **Unknown**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid commission, unpaid PTO

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2** Priority creditor's name and mailing address

**Johnson County Tax Assessor Collector**
**2 North Mill Street**
**Cleburne, TX 76033**

Total claim: **$4,687.38**    Priority amount: **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Von Directional Services, LLC** | | Case number (if known) | **18-33794-H2-11** |
|---|---|---|---|---|
| | Name | | | |

**2.3** Priority creditor's name and mailing address

**Kyle Anderson**
**1625 Main St, #1014**
**Houston, TX 77002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Unpaid commission, unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Marcus Howell**
**5618 Summerfield Lane**
**Spring, TX 77379**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Unpaid commission, unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**New Mexico Taxation & Revenue**
**P O Box 2308**
**Santa Fe, NM 87504-2308**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$149,276.38          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

**New Mexico Taxation & Revenue**
**Revenue Processing Division**
**1200 South St. Francis Drive**
**Santa Fe, NM 87502**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$366,345.85          $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Von Directional Services, LLC**                    Case number (if known) **18-33794-H2-11**
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**2.7** Priority creditor's name and mailing address

**Thomas Ganem**
**6615 103rd St**
**Tulsa, OK 74133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid commission, unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address                    **$18,749.50** | **$0.00**

**Wyoming Department of Revenue**
**122 West 25th Street 2nd Floor**
**West**
**Cheyenne, WY 82002-0110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address                    **$497,190.00**

**Accutest**
**fka Von Dynamics, LLC**
**12074 FM 3083**
**Conroe, TX 77301**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Affiliate**

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.2** Nonpriority creditor's name and mailing address                    **$1,594.16**

**Acme Truck Line, Inc.**
**MSC-410683**
**P.O. Box 415000**
**Nashville, TN 37241-5000**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address                    **$675.00**

**Adam Alexander**
**7 East Diamond St.**
**Layton, UT 84041**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Performance Bonus - 1099 contractors with Industry Resource Management LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Von Directional Services, LLC | Case number (if known) | 18-33794-H2-11 |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.94**

Air Drilling Solutions Tool Ltd.
1517 E County Rd 120
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,050.00**

Akin Doherty Klein & Geuge PC
8610 North New Braunfels Suite 101
San Antonio, TX 78217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,760.61**

All Star I & E, Inc
523 E Oak Hill Drive
Spring, TX 77386

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,084.06**

Amega West Services, LLC
7454 Solution Center
Chicago, IL 60677-7004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

Antonio Lombardo
P O Box 2480
San Juan, TX 78589

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Performance Bonus - 1099 contractors with Industry Resource Management LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$386.58**

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00**

Austin Faulkner
2504 Bennett Ave
Sherman, TX 75090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Performance Bonus - 1099 contractors with Industry Resource Management LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Von Directional Services, LLC | Case number (if known) | 18-33794-H2-11 |
|---|---|---|---|
| | Name | | |

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

Aventine Hill CFOs, Inc.
12500 San Pedro Ave, Suite 670
San Antonio, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$443,814.90**

B & A Rentals & Supply, Inc.
P O Box 526
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,190.43**

B & T Rentals, Inc
PO Box 80962
Lafayette, LA 70598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,777.44**

Baker Hughes Oilfield Operations, Inc.
PO Box 301057
Dallas, TX 75303-1057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$753,663.74**

BICO Drilling Tools, Inc
1604 Greens Road
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,183.00**

Big H Logistics LLC
51 Magnolia Rd
Cleveland, TX 77328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,652.33**

Big H Transport, LLC
51 Magnolia Rd
Cleveland, TX 77328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Von Directional Services, LLC**
Name

Case number (if known)   **18-33794-H2-11**

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,565.00 |
|---|---|---|---|

**Blackgold Service Co., LLC**
P O Box 499
Lindsay, OK 73052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.00 |
|---|---|---|---|

**Bourland, Wall & Wenzel PC**
301 Commerce Street
Suite 1500
Ft Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,004.00 |
|---|---|---|---|

**Bullero Trucking LLC**
P O Box 60593
Midland, TX 79711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,724.87 |
|---|---|---|---|

**Campbell & Riggs, P.C.**
1980 Post Oak Boulevard
24th Floor
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,275.00 |
|---|---|---|---|

**Centerline Trucking**
11390 FM 830
Willis, TX 77318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $960.00 |
|---|---|---|---|

**Chris Faulkner**
2517 Nantucket Drive
Sherman, TX 75092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Performance Bonus - 1099 contractors with Industry Resource Management LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,145.28 |
|---|---|---|---|

**Cigna**
900 Cottage Grove Road
Bloomfield, CT 06002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cigna was paid pursuant to Wage Order. Debtor's portion of Von Energy Services LLC A/P**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Von Directional Services, LLC** | Case number (if known) | **18-33794-H2-11** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,100.00** |
|---|---|---|---|

**Cinco-A Hauling, LLC**
P O Box 800
Cotulla, TX 78014

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Conroe Transport**
2257 N Loop 336 W #140-105
Conroe, TX 77304

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$569.48** |
|---|---|---|---|

**Consolidated Communications**
PO Box 66523
Saint Louis, MO 63166-6523

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Continental Safety Compliance, LLC**
3915 W Davis
Suite 130-152
Conroe, TX 77304

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,784.00** |
|---|---|---|---|

**Crady, Jewett & McCulley, LLP**
2727 Allen Parkway
Suite 1700
Houston, TX 77019-2125

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$840.00** |
|---|---|---|---|

**Craig Collins**
2718 York Court
Southlake, TX 76092

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Performance Bonus - 1099 contractors with Industry Resource Management LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Crescent Directional Drilling LP**
c/o Littler Mendelson PC
1301 McKinney Street Suite 1900
Houston, TX 77010

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Von Directional Services, LLC**                                  Case number (if known)   **18-33794-H2-11**
_____
Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,307.69 |
|---|---|---|---|

**D & D MACHINE**
P O Box 60541
Midland, TX 79711-0541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287,884.19 |
|---|---|---|---|

**DD Innovation LLC**
2418 N Frazier St. Suite 102
Conroe, TX 77303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.54 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
P O Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,295.25 |
|---|---|---|---|

**Diablo Mud Motors, LLC**
252 24th St E
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,291.72 |
|---|---|---|---|

**Digital Drilling Data Systems, LLC**
14612 Medical Complex Dr
Tomball, TX 77377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**DISA Global Solutions, Inc.**
Dept. 890314
PO Box 120314
Dallas, TX 75312-0314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431,874.53 |
|---|---|---|---|

**Discovery Downhole Services, Inc**
P O Box 4568
Casper, WY 82604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Von Directional Services, LLC** | Case number (if known) | **18-33794-H2-11** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,225.00 |
|---|---|---|---|

**Drakewell, LLC**
3324 NW 135th St
Oklahoma City, OK 73120

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Billed in name of Von Energy Services LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338,950.96 |
|---|---|---|---|

**Drilling Tools International, Inc**
PO Box 677901
Dallas, TX 75267-7901

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,842.07 |
|---|---|---|---|

**DrilTech, LLC**
PO Box 842063
Boston, MA 02284-2063

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,830.52 |
|---|---|---|---|

**Dyna-Drill Technologies, Inc**
23400 Colonial Parkway
Katy, TX 77493-3598

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,900.00 |
|---|---|---|---|

**Dynamic Oilfield Services, INC**
PO Box 9339
Corpus Christi, TX 78469-9339

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,976.96 |
|---|---|---|---|

**Dynomax**
2830 Farrell Rd.
Houston, TX 77073

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**E & A Transportation**
6314 Tamar Dr
Pasadena, TX 77503

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Von Directional Services, LLC** | Case number (if known) | 18-33794-H2-11 |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.83 |
|---|---|---|---|

**Entergy**
PO Box 8104
Baton Rouge, LA 70891-8104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,877.50 |
|---|---|---|---|

**eSomina Well Design**
5019 Willow Way
Richmond, TX 77406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,600.65 |
|---|---|---|---|

**ESPCT, LLC**
PNC Bank
PO Box 679369
Dallas, TX 75267-9369

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**Expedited Logistics and Freight Services**
P O Box 62127
Houston, TX 77205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,853.63 |
|---|---|---|---|

**Extreme Engineering**
Schlumberger
P O Box 732149
Dallas, TX 75373-2149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,463.46 |
|---|---|---|---|

**Fatboy Transportation & Hot Shot Service**
P O Box 60593
Midland, TX 79711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.05 |
|---|---|---|---|

**FedEx Bankruptcy Department**
3965 Airways Blvd
Module G 3rd Floor
Memphis, TN 38116-5017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Von Directional Services, LLC** | Case number (if known) | **18-33794-H2-11** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Flatland Trucking Inc**
PO Box 13783
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464,368.70** |
|---|---|---|---|

**Gordon Technologies, LLC**
206 Harold Gauthe Rd
Scott, LA 70583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,871.50** |
|---|---|---|---|

**Grey Wolf Oilfield Transport, LLC**
P O Box 7658
Houston, TX 77270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,144.93** |
|---|---|---|---|

**Gulf States Trucking**
4708 Fidelity St
Bldg 4
Houston, TX 77029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
|---|---|---|---|

**Gustavo Beas**
710 Ponselle Dr
Arlington, TX 76001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Performance Bonus - 1099 contractors with Industry Resource Management LLC_

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Hayco Transport Inc**
10260 Hwy 71
Elm Grove, LA 71051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$528,393.02** |
|---|---|---|---|

**Hill Country Staffing Co., LLC**
501 S Austin Ave, Ste 1310
Georgetown, TX 78626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **Von Directional Services, LLC** | | Case number (if known) | **18-33794-H2-11** |
|---|---|---|---|---|

Name

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,560.00**

**Hughes Oilfield Transportation, INC.**
2513 N Mercury Ave
Odessa, TX 79763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,261.24**

**Hunting Energy Services (Drilling Tools)**
PO Box 206429
Dallas, TX 75320-6429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,536.27**

**Hunting Specialty Supply Inc**
PO Box 206429
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,103,946.68**

**Industry Resource Management**
11111 Katy Freeway
Suite 910
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Affiliate

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,552.10**

**Integrity Directional**
9620 Pole Rd
Oklahoma City, OK 73160-9027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,503.06**

**ISN Software Corporation**
PO Box 841808
Dallas, TX 75284-1808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$905,738.00**

**Jim D. Elzner**
895 Rosastone Trl
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/23/2017

Basis for the claim:  UCC Lien filed; however Debtor no longer owns the Mud Motors - 29 motors were transferred to Dynomax Downhole Drilling, and 1 motor was lost in a downhole.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Von Directional Services, LLC**                    Case number *(if known)*   **18-33794-H2-11**
_____
Name

| | |
|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** |

**3.67** Nonpriority creditor's name and mailing address
**Jim D. Elzner**
**895 Rosastone Trl**
**Houston, TX 77024**

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$671,068.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC Lien filed; however Debtor no longer owns the (8) Extreme Engineering HDS1 MWD Tools**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address
**Jim Elzner**
**895 Rosastone Trail**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$14,075.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address
**John C. Allen, P.C.**
**909 Fannin, Suite 1600**
**Houston, TX 77010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$89,106.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address
**Jon W. Suttee**
**P O Box 185**
**Encampment, WY 82325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$675.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Performance Bonus - 1099 contractors with Industry Resource Management LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address
**JRJ Transportation**
**904 W 69th St**
**Odessa, TX 79764**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$18,344.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address
**Knights Inspection**
**213 Prairie Street**
**Montgomery, TX 77356**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address
**Landmark Graphics Corp**
**3000 North Sam Houston Pkwy E**
**Plaza 25110D**
**Houston, TX 77032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,144.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Von Directional Services, LLC**
Name

Case number (if known) **18-33794-H2-11**

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,615.20 |

**Lead Development**
6700 Woodlands Parkway
Suite 230 #478
The Woodlands, TX 77382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | | $36,597.39 |

**Light Tower Rentals**
2330 East I-20 South Service Road
Odessa, TX 79766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | | $7,683.00 |

**Lightning Oilfield Services, INC.**
PO Box 41047
Baton Rouge, LA 70835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | | $300.00 |

**Mac NDT Services, LLC**
11400 Dans Place
Montgomery, TX 77316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | | $4,000.00 |

**Magnetic Variation Services**
8700 Turnpike Dr Suite 200
Westminster, CO 80031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | | $3,122.46 |

**Marquette Financial**
1600 W 82nd Street #250
Minneapolis, MN 55431

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: Due Diligence Expenses
UCC lien was released post filing 7/11/2018

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | | $407.39 |

**McMaster-Carr**
P O Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Von Directional Services, LLC | Case number (if known) | 18-33794-H2-11 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,166.32** |
| | **Merge Solutions, LP** | ☐ Contingent | |
| | **504 Spring Hill Drive** | ☐ Unliquidated | |
| | **Suite 400** | ☐ Disputed | |
| | **Spring, TX 77386** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,100.00** |
| | **Monster Energy Services, LLC** | ☐ Contingent | |
| | **P O Box 1594** | ☐ Unliquidated | |
| | **Elk City, OK 73648** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,509.50** |
| | **Morales Machine Shop & Transportation LL** | ☐ Contingent | |
| | **P O Box 2762** | ☐ Unliquidated | |
| | **Laredo, TX 78044-2762** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,642.63** |
| | **Mpact Downhole Motors** | ☐ Contingent | |
| | **dba MPACT Downhole Motors** | ☐ Unliquidated | |
| | **P O Box 201567** | ☐ Disputed | |
| | **Dallas, TX 75320-1567** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$272,449.65** |
| | **MWD Supply, LP** | ☐ Contingent | |
| | **1521 East Richey Rd** | ☐ Unliquidated | |
| | **Houston, TX 77073** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$211,331.68** |
| | **National Oilwell Varco** | ☐ Contingent | |
| | **P O Box 201224** | ☐ Unliquidated | |
| | **Dallas, TX 75320-1224** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Nelson Products, Inc.** | ☐ Contingent | |
| | **13551 W 43rd Dr Unit G** | ☐ Unliquidated | |
| | **Golden, CO 80403** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Von Directional Services, LLC**                    Case number (if known) __18-33794-H2-11__
_____
Name

| | | |
|---|---|---|

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$775.00**
---|---|---|---

Newbold Chapman & Geyer PC
150 East Ninth Street, Suite 400
Durango, CO 81301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,644,428.72**

NexGen Rentals, LLC
11111 Katy Freeway
Suite 910
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Affiliate__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,871.26**

OGI Partners, LLC
3880 Counts Road
Pointblank, TX 77364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,743.14**

Oil Patch Group, Inc.
11767 Katy Freeway
Suite 510A
Houston, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,110.00**

On Point Logistics, LLC
27708 Tomball Pkwy # 1015
Tomball, TX 77375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,716.40**

PAJUAL Enterprise, LLC
P O Box 1764
Midland, TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$246,833.65**

Panther Drilling Systems, LLC
10600 W Reno
Yukon, OK 73099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Von Directional Services, LLC** | Case number (if known) | **18-33794-H2-11** |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,058.62 |
|---|---|---|---|

**Paradigm Downhole Tools**
P O Box 10743
Midland, TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,874.30 |
|---|---|---|---|

**Park City Drilling Technologies, LLC**
Dept 814
P O Box 4346
Houston, TX 77210-4346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**Patriot Downhole Tools, LLC**
8820 NW Loop 338
Odessa, TX 79764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Performance Drilling Technology Inc**
12202 Advance Dr
Houston, TX 77065

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**PGC LOGISTICS, LLC**
PO Box 60351
Houston, TX 77205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,480.82 |
|---|---|---|---|

**Pinch Flatbed, Inc.**
P O Box 60473
Houston, TX 77205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,091.60 |
|---|---|---|---|

**Polaris Guidance Systems, LLC**
21617 Rhodes Road
Spring, TX 77388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lease arrears__

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Von Directional Services, LLC_____     Case number (if known) __18-33794-H2-11__
        Name

| | | |
|---|---|---|
| **3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*         **$4,040.00** |

**3.102**  Nonpriority creditor's name and mailing address
**Pradon Construction & Trucking**
P O Box 14969
Odessa, TX 79768

As of the petition filing date, the claim is: *Check all that apply.*     **$4,040.00**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103**  Nonpriority creditor's name and mailing address
**Ramrod Trucking, Inc.**
3009 Hohl St
Houston, TX 77093

As of the petition filing date, the claim is: *Check all that apply.*     **$20,696.12**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**  Nonpriority creditor's name and mailing address
**Reed Smith LLP**
811 Main Street Suite 1700
Houston, TX 77002-6110

As of the petition filing date, the claim is: *Check all that apply.*     **$95,711.69**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __May have been in the name of Von Energy Services, LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**  Nonpriority creditor's name and mailing address
**Rig Runner**
519 N Sam Houston Pkwy E
Suite 600
Houston, TX 77060

As of the petition filing date, the claim is: *Check all that apply.*     **$3,134.48**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**  Nonpriority creditor's name and mailing address
**Ronal**
385 Columbia Memorial Parkway
Kemah, TX 77565

As of the petition filing date, the claim is: *Check all that apply.*     **$9,036.60**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**  Nonpriority creditor's name and mailing address
**Sals Reliable Transpt Serv, Inc. dba. SR**
P O Box 53232
Midland, TX 79701

As of the petition filing date, the claim is: *Check all that apply.*     **$19,370.00**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**  Nonpriority creditor's name and mailing address
**SanJan, LLC**
PO Box 94208
Lubbock, TX 79493-6565

As of the petition filing date, the claim is: *Check all that apply.*     **$48,920.00**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Von Directional Services, LLC** | Case number (if known) | **18-33794-H2-11** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Scientific Drilling International, Inc**
P O Box 301036
Dallas, TX 75303-1036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,775.00 |
|---|---|---|---|

**SMS Precision Tech, LLC**
22955 State Hwy 249, Ste 37
Tomball, TX 77375

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249,757.82 |
|---|---|---|---|

**Smyser Kaplan & Veselka, LLP**
700 Louisiana Suite 2300
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Representation of Debtor, Von Energy Services, LLC, NextGen Rentals, LLC, and Industry Resource Management, LLC__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.62 |
|---|---|---|---|

**Southwest Specialty, Inc**
P O Box 14194
Odessa, TX 79768

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,750.60 |
|---|---|---|---|

**Stabil Drill**
Dept. 2162
PO Box 122162
Dallas, TX 75312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.18 |
|---|---|---|---|

**Standard Safety & Supply**
P O Box 14987
Odessa, TX 79768

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,500.00 |
|---|---|---|---|

**Surcon Ltd.**
600 17th Street
Suite 2800 South
Denver, CO 80202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Von Directional Services, LLC**
_____
Name

Case number (if known)    **18-33794-H2-11**

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,200.71 |

**Tejas Hot Shot Service & Transportation**
2396 E Pearl St
Odessa, TX 79761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669,579.20 |

**Tercel Oilfield Products USA**
7330 N. Sam Houston Pkwy., #10
Houston, TX 77060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,540.00 |

**Terra Pilot MWD Tools, LLC**
5 N Cooley Drive
Oklahoma City, OK 73127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,014.55 |

**Texas Mutual Insurance Company**
P O Box 841843
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,216.00 |

**Texas Mutual Insurance Company**
6210 E Highway 290
Austin, TX 78723-1098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/16/2017-6/16/2018

Basis for the claim:  **Workers Comp Audit**

Last 4 digits of account number  9320

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,186.51 |

**Traco Machine Inc.**
3705 A SCR 1210
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,124.00 |

**Trans-Tex Dyno Services, LLC**
5019 Basin Street
Midland, TX 79703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Von Directional Services, LLC**                              Case number (if known)   **18-33794-H2-11**
_____
Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**TRS Services, Inc.**
**Riviera Finance of Texas**
**P.O. Box 202485**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,808.63 |
|---|---|---|---|

**True North Technologies, LLC**
**504 Spring Hill Drive**
**Suite 420**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Ude Okechukwu**
**21606 Sierra Long Drive**
**Richmond, TX 77407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Performance Bonus - 1099 contractors with Industry Resource Management LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,114,199.84 |
|---|---|---|---|

**Vertex Downhole Inc**
**20221 Carriage Point Drive**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Litigation

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Victor Ikonne**
**5555 Long Prairie Trace #1226**
**Richmond, TX 77407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Performance Bonus - 1099 contractors with Industry Resource Management LLC

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,187.97 |
|---|---|---|---|

**Von Energy Services LLC**
**12074 FM 3083 Rd**
**Conroe, TX 77301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Affiliate

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,640.79 |
|---|---|---|---|

**Wells Fargo Dealer Services**
**P O Box 25341**
**Santa Ana, CA 92799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | Von Directional Services, LLC | Case number (if known) | 18-33794-H2-11 |
|---|---|---|---|
| | Name | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bico Drilling Tools Inc<br>Monshaugen & Van Huff PC<br>Attn Stephanie B. Donaho<br>1225 North Loop West, Suite 640<br>Houston, TX 77008 | Line 3.15<br>☐ Not listed. Explain ____ | — |
| 4.2 | Frost Insurance Agency Inc.<br>P O Box 2625<br>Victoria, TX 77902-2625 | Line 3.120<br>☐ Not listed. Explain ____ | — |
| 4.3 | Scientific Drilling International, Inc.<br>c/oEversheds Sutherland (US) LLP<br>1001 Fannin, Suite 3700<br>Houston, TX 77002 | Line 3.109<br>☐ Not listed. Explain ____ | — |
| 4.4 | Tammy Jayk Dunn<br>Osha Liang, LLP<br>909 Fannin St., Suite 3500<br>Houston, TX 77010 | Line 3.98<br>☐ Not listed. Explain ____ | — |
| 4.5 | Vertex Downhole Inc<br>c/o Woodall Batchelor PLLC<br>26865 I-45 South Suite 201<br>Spring, TX 77380 | Line 3.126<br>☐ Not listed. Explain ____ | — |
| 4.6 | Vertex Downhole Inc<br>c/o Cain & Daniels Inc.<br>Attn Ann Walker<br>4902 Eisenhower Blvd<br>Tampa, FL 33634 | Line 3.126<br>☐ Not listed. Explain ____ | — |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 539,059.11 |
| 5b. Total claims from Part 2 | 5b. + $ | 15,249,361.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 15,788,420.76 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Von Directional Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **18-33794-H2-11**

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Verbal contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Accutest** fka Von Dynamics, LLC 12074 FM 3083 Conroe, TX 77301 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service/Sales Agreement dated May 18, 2018** |
| | State the term remaining | |
| | List the contract number of any government contract | **ATX Energy Partners, LLC** 6504 Bridgepoint Parkway, Suite 500 Austin, TX 78730 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Caza Operating LLC** 200 N Loraine, Suite 1550 Midland, TX 79701 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement.** |
| | State the term remaining | |
| | List the contract number of any government contract | **COG Operating LLC** One Concho Center 600 W Illinois Avenue Midland, TX 79701 |

Debtor 1    **Von Directional Services, LLC**
     First Name        Middle Name        Last Name

Case number *(if known)*    **18-33794-H2-11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **HDS1 Service Agreement dated 11/21/2016 in name of Von Directional, LLC** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **DD Innovation LLC**<br>**2418 N Frazier St. Suite 102**<br>**Conroe, TX 77303** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **EVO One Service Agreement dated 11/30/2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **DD Innovation LLC**<br>**2418 N Frazier St. Suite 102**<br>**Conroe, TX 77303** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **De Lage Landen Financial Services, Inc.**<br>**P O Box 41602**<br>**Philadelphia, PA 19101-1602** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Diamondback Energy**<br>**9400 N Broadway Suite 700**<br>**Oklahoma City, OK 73114** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement - Contract shows in name of Von Energy Services. Von Directional made all payments to Drakewell.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Drakewell, LLC**<br>**3324 NW 135th St**<br>**Oklahoma City, OK 73120** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | Von Directional Services, LLC | | Case number *(if known)* | 18-33794-H2-11 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**▮ Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated October 12, 2017 in name of Von Energy Services LLC | |
|---|---|---|---|
| | State the term remaining | | Elk River Resources LLC |
| | List the contract number of any government contract | | c/o Rio Oil & Gas (CoOp) LLC<br>3 Waterwater Square Place, Suite 500<br>The Woodlands, TX 77380 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated August 4, 2017 | |
|---|---|---|---|
| | State the term remaining | | Endeavor Energy Resources LLC |
| | List the contract number of any government contract | | 110 North Marienfeld, Suite 200<br>Midland, TX 79701 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated January 11, 2017 with Von Energy Services, LLC | |
|---|---|---|---|
| | State the term remaining | | EOG Resources, Inc. |
| | List the contract number of any government contract | | P O Box 4362<br>Houston, TX 77210-4362 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement dated  June 5, 2017 with Von Energy Services LLC | |
|---|---|---|---|
| | State the term remaining | | EP Energy E&P Services LP |
| | List the contract number of any government contract | | 1001 Louisiana<br>Houston, TX 77002 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Master Service & Supply Agreement dated November 18 2015 | |
|---|---|---|---|
| | State the term remaining | | Escondido Resources Operating Company LL |
| | List the contract number of any government contract | | 1600 Smith Street, Suite 4250<br>Houston, TX 77002 |

Debtor 1  **Von Directional Services, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**18-33794-H2-11**

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement. |
| | State the term remaining | |
| | List the contract number of any government contract | Fourpoint Energy<br>100 St. Paul Street #400<br>Denver, CO 80206 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement dated September 15, 2017 with Von Energy Services LLC |
| | State the term remaining | |
| | List the contract number of any government contract | Gaedeke Oil & Gas Operating LLC<br>3710 Rawlins St., Suite 1100<br>Dallas, TX 75219 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement dated May 9, 2017 with Von Energy Services LLC. May 2018 Bid was by Debtor. |
| | State the term remaining | |
| | List the contract number of any government contract | Grenadier Energy Partners II LLC<br>24 Waterway Ave, Suite 875<br>The Woodlands, TX 77380 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement dated January 25, 2018 |
| | State the term remaining | |
| | List the contract number of any government contract | Grit Oil & Gas LLC<br>6002 Rogerdale Road, Suite 650<br>Houston, TX 77072 |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement dated 4/15/17 |
| | State the term remaining | |
| | List the contract number of any government contract | Industry Resource Management<br>11111 Katy Freeway<br>Suite 910<br>Houston, TX 77079 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Von Directional Services, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**18-33794-H2-11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Industrial Lease for leased premises located at 2407 E. Murphy Street, Odessa, Ector County, TX 79761 dated 1/1/2017 for a term of 5 years. Rent at $6,000 per month. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | J. D. Elzner Holdings, LLC<br>895 Rosastone Trail<br>Houston, TX 77024 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement dated 11/7/2017 with Von Energy Services LLC | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kaiser Francis Oil Company LLC<br>P O Box 21468<br>Tulsa, OK 74121-2146 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kinder Morgan CO2 Company LP<br>1001 Louisiana Suite 1000<br>Houston, TX 77002 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Invoice Purchase Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | LSQ Funding Group LC<br>Attn William Samuelson<br>2600 Lucien Way, Suite 100<br>Maitland, FL 32751 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Rental Agreement dated April 1, 2018, 90 day auto renewal | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | NexGen Rentals LLC<br>11111 Katy Freeway, Suite 910<br>Houston, TX 77079 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Von Directional Services, LLC**
     First Name          Middle Name          Last Name

Case number *(if known)*   **18-33794-H2-11**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Olifant Energy LLC**
**Attn:  Bill Martin, President and COO**
**15 W. 6th St., Suite 2200**
**Tulsa, OK 74119**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**Master Service Agreement with Von Energy Services LLC**

State the term remaining

List the contract number of any government contract

**Oxy USA Inc.**
**P O Box 2289**
**Houston, TX 77252**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**Nonresidential lease for premises located at 12074 FM 3083, Conroe, TX  77301. Lease was in error in the name of Von Directional Drilling, LLC. The actual company name is Von Directional Services, LLC.**
**Rent is charged 1/3rd pro rata to Debtor and 2/3rd pro rata portion to AccuTest.**

State the term remaining

List the contract number of any government contract

**P&S Properties, LLC**
**c/o Coats Rose PC**
**Attn Nancy Hamren**
**Nine Greenway Plaza, Suite 1000**
**Houston, TX 77046**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

**Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement.**

State the term remaining

List the contract number of any government contract

**Panther Drilling Systems**
**10600 W Reno Ave**
**Yukon, OK 73099**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement**

State the term remaining

**Polaris Guidance Systems, LLC**
**21617 Rhodes Road**
**Spring, TX 77388**

---

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 6 of 7

Debtor 1   **Von Directional Services, LLC**                                    Case number *(if known)*   **18-33794-H2-11**
    First Name          Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| List the contract number of any government contract | |

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement.

State the term remaining

List the contract number of any government contract

S&M Energy Permian
P O Box 46518
Denver, CO 80201-6518

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest

Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement.

State the term remaining

List the contract number of any government contract

Solaris Water Midstream LLC
9811 Katy Freeway Suite 900
Houston, TX 77024

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

Upon information and believe, a Master Service Agreement was signed. Cannot locate signed copy of Agreement.

State the term remaining

List the contract number of any government contract

Strata Technologies LLC
3112 Windsor Road
Austin, TX 78703

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

Master Service Agreement dated November 18, 2016 with Von Energy Services, LLC

State the term remaining

List the contract number of any government contract

Upstream Directional Consultants
Upstream International LLC
15140 Southwest Freeway, Suite C
Sugar Land, TX 77478

---

**Fill in this information to identify the case:**

Debtor name **Von Directional Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **18-33794-H2-11**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Industry Resource Management | 11111 Katy Freeway Suite 910 Houston, TX 77079 | Performance Drilling Technology Inc | ☐ D _____ ■ E/F __3.98__ ☐ G _____ |
| 2.2 | NexGen Rentals LLC | 11111 Katy Fwy, Ste 910 Houston, TX 77079 | Performance Drilling Technology Inc | ☐ D _____ ■ E/F __3.98__ ☐ G _____ |
| 2.3 | Von Energy Services LLC | 12074 FM 3083 Rd Conroe, TX 77301 | Performance Drilling Technology Inc | ☐ D _____ ■ E/F __3.98__ ☐ G _____ |
| 2.4 | Accutest | fka Von Dynamics, LLC 12074 FM 3083 Conroe, TX 77301 | P&S Properties, LLC | ☐ D _____ ☐ E/F _____ ■ G __2.27__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Von Directional Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **18-33794-H2-11**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2018**            X _____
                                             Signature of individual signing on behalf of debtor

                                             **Jim Elzner**
                                             Printed name

                                             **Manager Von Energy Services, LLC, Manager of Von Directional Services, LLC**
                                             Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy