# United States Bankruptcy Court
## Southern District of Texas

In re   Von Directional Services, LLC

Debtor(s)

Case No.   18-33794-H2-11

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jim Elzner Family 2015 Irrevocable Trust II<br>895 Rosastone Trl<br>Houston, TX 77024 | | 29.5% | Member |
| John Harvey Slocum<br>5307 Half Moon Circle<br>Midland, TX 79707 | | 19.5% | Member |
| Von Energy Services LLC<br>12074 FM 3083 Rd<br>Conroe, TX 77301 | | 51% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager Von Energy Services, LLC, Manager of Von Directional Services, LLC,** the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 22, 2018

Signature   Jim Elzner

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.